02C01-2506-PL-000229
Allen Circuit Court

Filed: 6/13/2025 1:41 PM
Clerk
Allen County, Indiana
BB

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN CIRCUIT COURT |
| | )§: | |
| COUNTY OF ALLEN | ) | CAUSE NO.: |
| | | |
| TA'NISHA ROYAL | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF FORT WAYNE | ) | |
|     Defendant. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Ta'Nisha Royal, by counsel, Samuel L. Bolinger and files her Complaint for Damages against City of Fort Wayne and states:

1. This is a complaint for employment discrimination based upon sex (female) race (African American) all in violation of Title VII of the Civil Rights Act of 1964 as amended and City of Fort Wayne General Ordinance G-21-78 (Ordinance) as amended.

2. Plaintiff is an adult female resident of 1150 Ewing Street, Building A, Apt. 316, Fort Wayne, IN 46802.

3. Defendant, City of Fort Wayne, Indiana (City) is a governmental entity, organized under the laws of the State of Indiana and does so at 200 East Berry Street, Ste. 430, Fort Wayne, Indiana 46802. The City employs over 1,500 employees in each and every calendar year and proceeding year and is engaged in interstate commerce and is an employer as defined in Title VII of the Civil Rights Act of 1964 as amended.

4. Plaintiff Royal filed a charge of discrimination on or about July 3, 2024 - Attached as Exhibit 1 with the Fort Wayne Metropolitan Human Relations Commission.

5. Plaintiff received a Determination of Rights on May 3, 2025 - Attached as Exhibit 2. Said Notice constitutes her Notice of Right to Sue.

6. Plaintiff alleges as follows:

    a. She is a qualified individual who worked as a Labor A for Defendant, City Street Department from April 4, 2024 until July 1, 2024.

    b. On May 29, 2024, while Plaintiff was working with two (2) male crew members fixing potholes, a citizen left his vehicle, walked up to Plaintiff aggressively yelling and cursing strictly at Plaintiff that the city truck was blocking his vehicle.

    c. Plaintiff's crew tried to talk to the citizen and calm him down.

    d. Plaintiff immediately called 911 and filed a police report.

    e. Plaintiff then called her supervisor Nate (Male/White) who had met us at a nearby gas station where he took statements from everyone that was present.

    f. Nothing further was done about the incident.

7. On July 1, 2024, Plaintiff had a meeting with her supervisory Brian Shimkus where Plaintiff was told that she was being terminated because Plaintiff had posted the above incident on social media and the citizen involved called stating that Plaintiff was harassing and threatening him on social media.

8. Plaintiff explained what happened and that Nate was notified.

9. Brian was not aware of the incident.

10. Plaintiff also called Defendant City's Human Resource Manager Elizabeth, to explain but was told Plaintiff had violated policy.

11. Defendant City is aware that Plaintiff faced hostility on the job but failed to address it.

12. Defendant City terminated Plaintiff because she was a black female.

13. As a proximate cause of the above described situation, Plaintiff has suffered loss of job, job related benefits, loss of wages, been subject to harassment, humiliation, mental anguish and stress, embarrassment, and other injuries and damages yet to be determined. Wherefore, Plaintiff seeks compensatory damages, reasonable attorneys fees and for such other relief as the court deems just and proper.

Respectfully submitted,

*/s/   Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax: 260.407.0039
Email: mark@slblawfirm.org
Counsel for Plaintiff

### JURY DEMAND

The Plaintiff requests a Jury Demand in this cause pursuant to Indiana Trial Rule 15.

Respectfully submitted,
*/s/   Samuel L. Bolinger*
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax: 260.407.0039
Email: mark@slblawfirm.org
Counsel for Plaintiff